UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW W. PETERSON,

       Plaintiff,

v.                                      Case No.  3:17cv118/RV/CJK

ESCAMBIA COUNTY JAIL, et al.,

       Defendants.

_____/

## ORDER

      This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 9, 2017 (doc. 7).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Accordingly, it is now ORDERED as follows:

      1.  The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

      2.  This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

      3.  The clerk is directed to close the file.

      **DONE AND ORDERED** this 12th day of June, 2017.


                    /s/ *Roger Vinson*
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**